### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE ZEROED-IN TECHNOLOGIES, LLC DATA BREACH LITIGATION** | Case No. 1:23-cv-03284-BAH |
| **ALL ACTIONS** | **Hon. Brendan Abell Hurson** |

### JOINT MOTION FOR LEAVE FOR STAY OF PROCEEDINGS

Plaintiffs, individually and on behalf of all others similarly situated, and Defendant Zeroed-In Technologies, LLC ("Zeroed-In") Dollar Tree, Inc. and Family Dollar, LLC (Dollar Tree, Inc. and Family Dollar, LLC are collectively referred to here as "Dollar Defendants") (Plaintiffs, Zeroed-In, Dollar Tree are collectively referred to herein as "the Parties"), by and through their respective undersigned counsel, and pursuant to Local Rule 105.9, respectfully move for a six-month stay of proceedings, and in support thereof state as follows:

1.      Following consolidation in this Court, Plaintiffs filed a Consolidated Class Action Complaint ("Complaint") against Zeroed-In and Dollar Defendants on April 15, 2024.  ECF 90.

2.      On June 14, 2025, Zeroed-In filed a Motion to Dismiss the Complaint.  ECF 96.

3.      On September 16, 2024, Dollar Defendants filed a Motion to Compel Arbitration and to Stay Proceedings. ECF 105.

4.      On March 26, 2025, the Court entered a Memorandum Opinion and Order granting in part and denying in part Zeroed-In's Motion to Dismiss (ECF 126, 127) and a Memorandum Opinion and Order granting in part and denying in part Dollar Defendants' Motion to Compel Arbitration and to Stay Proceedings (ECF 124, 125).

5.      Zeroed-In filed its Answer to the Complaint on April 9, 2025. ECF 129.

4913-6557-3196, v. 1

6.      Plaintiffs Moss and Brantley have agreed to voluntarily dismiss their claims against Dollar Defendants, without prejudice, and will submit a stipulation of dismissal and/or proposed Order.

7.      This requested stay also applies to Plaintiff Meyers' remaining claims against Dollar Defendants as well as the other defendants. Plaintiff Meyers is the only Plaintiff named in the Consolidated Class Action Complaint (ECF 96) currently with claims against Dollar Defendants not subject to an arbitration agreement.

8.      The Parties have been engaged in preliminary discussions regarding early resolution, including an agreement between Zeroed-In and Plaintiffs to exchange information pursuant to Rule 408 for purposes of engaging in informed and productive settlement discussions.

9.      Zeroed-In and Plaintiffs now seek time to complete an exchange of information pursuant to Rule 408, and the Parties seek time to schedule and mediate this matter with a private mediator.

10.     Accordingly, the Parties therefore request that the Court stay all proceedings and extend the remaining deadlines for a period of six months.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting their Joint Motion for Leave to Stay Proceedings.

Dated: June 9, 2025                          Respectfully Submitted,

                                             /s/ James P. Ulwick
                                             James P. Ulwick
                                             (Md. Bar No. 00536)
                                             **KRAMON & GRAHAM, P.A.**
                                             750 East Pratt Street, Suite 1100
                                             Baltimore, MD 21202
                                             T: 410.752.6030
                                             F: 410.539.1269
                                             E: julwick@kg-law.com

4913-6557-3196, v. 1

*/s/ James J. Pizzirusso*
James J. Pizzirusso
(Md. Bar No. 20817)
**HAUSFELD LLP**
1200 17th St., NW, Ste 600
Washington, DC 20036
T: 202.540.7200
E: jpizzirusso@hausfeld.com

*/s/ Terence R. Coates*
Terence R. Coates
(pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
T: 513.665.0204
F: 513.665.0219
E: tcoates@msdlegal.com

*/s/ Jeff Ostrow*
Jeff Ostrow
(pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: 954.525.4100
E: ostrow@kolawyers.com

***Interim Co-Lead Class Counsel for Plaintiffs***

*/s/ Meagan P. VanderWeele*
Meagan P. VanderWeele
(pro hac vice)
**GORDON REES SCULLY MANSUKHANI**
One North Wacker, Suite 1600
Chicago, Illinois 60606
T: 312-619-4931
E: mvanderweele@grsm.com

***Attorneys for Defendant Zeroed-In Technologies, LLC***

3

/s/ Daniel E. Raymond
Kenneth L. Chernof (D. Md. Bar No. 17195)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
Email: ken.chernof@arnoldporter.com

Daniel E. Raymond (pro hac vice)
70 West Madison Street
Chicago, Illinois, 60602-4321
Tel: (312) 582-2300
Email: Daniel.raymond@arnoldporter.com

*Attorneys for Dollar Tree, Inc. and*
 *Family Dollar LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the

CM/ECF system on all counsel of record on this 9th day of June, 2025.

/s/ James P. Ulwick
James P. Ulwick
(Md. Bar No. 00536)
**KRAMON & GRAHAM, P.A.**

4