# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE ZEROED-IN TECHNOLOGIES, LLC
DATA BREACH LITIGATION

1:23-cv-03284-BAH

Hon. Brendan Abell Hurson

## ORDER

Upon consideration of the Joint Motion for Leave For Stay of Proceedings, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that all proceedings are stayed and the remaining deadlines will be extended for a period of six months.

SO ORDERED this __13__ day of ___June___ 2025.

/s/
_____
The Honorable Brendan Abell Hurson
United States District Judge