**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE ZEROED-IN TECHNOLOGIES, LLC DATA BREACH LITIGATION | Case No. 1:23-cv-03284-BAH<br><br>Hon. Brendan Abell Hurson |

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Hollyn Adkisson, Fareeka Barnett, Dylan Garcia, Paula Hasenei, Edward McNanna, Brittany Mintz, and Cynthia Rivera and Defendant Zeroed-In Technologies, LLC ("Zeroed-In") hereby stipulate that Plaintiffs Adkisson, Barnett, Garcia, Hasenei,  McNanna,  Mintz, and Rivera voluntarily dismiss their claims against Zeroed-In, without prejudice.

Dated: April 15, 2026

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
T: 513-651-3700
F: 513-665-0219
E: tcoates@msdlegal.com

*/s/ James P. Ulwick*
James P. Ulwick (Md. Bar No. 00536)
**KRAMON & GRAHAM, P.A.**
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
T: 410-752-6030
F: 410-539-1269
E: julwick@kg-law.com

*/s/ James J. Pizzirusso*
James J. Pizzirusso (Md. Bar No. 20817)
**HAUSFELD LLP**
1200 17th St., NW, Ste 600
Washington, DC 20036
T: 202-540-7200
E: jpizzirusso@hausfeld.com

*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
T: 954-525-4100
E: ostrow@kolawyers.com

*Interim Co-Lead Class Counsel for Plaintiffs*

*/s/ Meagan P. VanderWeele*
Meagan P. VanderWeele (pro hac vice)
**GORDON REES SCULLY MANSUKHANI**
One North Wacker, Suite 1600
Chicago, Illinois 60606
T: 312-619-4931
E: mvanderweele@grsm.com

*Counsel for Defendant*
*Zeroed-In Technologies, LLC*

## CERTIFICATE OF SERVICE

I certify that on this fifteenth day of April, 2026, I served the foregoing upon all parties through their counsel of record by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (pro hac vice)

SO ORDERED this _____ day of _____2026.

_____
The Honorable Brendan Abell Hurson
United States District Judge

2