UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE ZEROED-IN TECHNOLOGIES, LLC DATA BREACH LITIGATION | Case No. 1:23-cv-03284-BAH |
| ALL ACTIONS | Hon. Brendan Abell Hurson |

JOINT STATUS REPORT

Pursuant to the Court's Order of March 31, 2026 (ECF 145), Plaintiffs, individually and on behalf of all others similarly situated, and Defendants Zeroed-In Technologies, LLC ("Zeroed-In")[1], Dollar Tree, Inc. and Family Dollar, LLC (Dollar Tree, Inc. and Family Dollar, LLC are collectively referred to here as "Dollar Defendants")[2] (Plaintiffs, Zeroed-In and Dollar Tree are collectively referred to herein as "the Parties"), by and through their respective counsel, submit this Joint Status Report.

(1) Status of Settlement

Plaintiffs and Zeroed-In participated in a private mediation on December 9, 2025, and agree to continue settlement discussions as discovery progresses. If Plaintiffs and Zeroed-In reach an agreement on a second private mediation, they will inform the Court and may seek a stay of proceedings.

---

[1] Plaintiffs Yolanda Alvarado, Melody Brantley, Danielle Cooke, Felizitas Cox, Melissa DeShon, Cedric Eady, Solimar Garcia, Dominick Garland, Christopher Ingram, Ashley Jacobson, Barry Jeffries, Lacy Matczak, Lashawn McDaniel, Jack Meyers, Christian Moss, Rosie Player, Alyssa Rivera, Brandy Sinnett, are the only remaining Plaintiffs in the Consolidated Class Action Complaint (ECF 96) with claims against Zeroed-In.

[2] Plaintiff Jack Meyers is the only remaining Plaintiff in the Consolidated Class Action Complaint (ECF 96) with claims against the Dollar Defendants. All prior claims against Dollar Defendants were previously dismissed and/or compelled to arbitration. (ECF 124, 125, 141).

1

**(2) Status of Discovery**

Plaintiffs and Zeroed-In are currently engaged in completing written discovery and fact depositions.

**(3) Requests for Modification of the Scheduling Order**

The parties propose the following deadlines:

May 22, 2026:      Deadline by which to submit an agreed or contested Electronically Stored Information ("ESI") Protocol

August 28, 2026:    Deadline for substantial completion of fact discovery; submission of status report

September 21, 2026:  Plaintiffs' Motion for Class Certification and Rule 26(a)(2) disclosures in support of class certification

November 16, 2026:  Defendants' Opposition to Motion for Class Certification and Rule 26(a)(2) disclosures in opposition to class certification

December 18, 2026:  Plaintiffs' Reply in Support of Class Certification and class certification rebuttal Rule 26(a)(2) disclosures

The parties also propose submitting a further status report within 30 days of the issuance of any ruling on class certification that would discuss, among other things, notice deadlines if the class is certified, deadlines for Rule 26(a)(2) disclosures of merits experts, and deadlines for briefing on dispositive pretrial motions.

**(4) Report on Deposition Hours**

The Court previously approved the request for 75 fact deposition hours for Defendant Zeroed-In and 35 fact deposition hours for Plaintiffs. (ECF 135 at 2).

**(5) Consent to Proceeding Before a U.S. Magistrate Judge**

The Parties do not consent to proceed before a U.S. Magistrate Judge for all proceedings at this time.

Dated: April 17, 2026

Respectfully Submitted,

*/s/ James P. Ulwick*
James P. Ulwick
(Md. Bar No. 00536)
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, MD 21202
T: 410.752.6030
F: 410.539.1269
E: julwick@kg-law.com

*/s/ James J. Pizzirusso*
James J. Pizzirusso
(Md. Bar No. 20817)
**HAUSFELD LLP**
1200 17th St., NW, Ste 600
Washington, DC 20036
T: 202.540.7200
E: jpizzirusso@hausfeld.com

*/s/ Terence R. Coates*
Terence R. Coates
(pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
T: 513.665.0204
F: 513.665.0219
E: tcoates@msdlegal.com

*/s/ Jeff Ostrow*
Jeff Ostrow
(pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: 954.525.4100
E: ostrow@kolawyers.com

*Interim Co-Lead Class Counsel for Plaintiffs*

*/s/ Meagan P. VanderWeele*
Meagan P. VanderWeele (*pro hac vice*)
**GORDON REES SCULLY MANSUKHANI**
One North Wacker, Suite 1600

3

Chicago, Illinois 60606
T: 312-619-4931
E: mvanderweele@grsm.com

***Attorneys for Defendant Zeroed-In
Technologies, LLC***

*/s/ Daniel E. Raymond*
Daniel E. Raymond (pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER
LLP**
70 West Madison Street
Chicago, Illinois 60602-4321
Tel: (312) 583-2300
Email: daniel.raymond@arnoldporter.com

***Attorneys for Dollar Tree, Inc. and Family
Dollar, LLC***

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed and served via the CM/ECF system on all counsel of record on this 17th day of April, 2026.

*/s/ Meagan P. VanderWeele*
Meagan P. VanderWeele (*pro hac vice*)